UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

UNITED STATES OF AMERICA,        )
                                 )
                Plaintiff,       )
                                 )
        v.                       )        No. 3:18-cr-00012-RLY-MPB
                                 )
MEKO D. LEVELS, JR.,             )  -01
                                 )
                Defendant.       )

**REPORT AND RECOMMENDATION**

On July 12, 2021, the Court held an Initial Appearance on a Warrant for Violation of Supervised Release.  (Docket No. 45).  On August 17, 2021, the Court held the Final Hearing on Revocation of Supervised Release. Defendant Levels appeared via Zoom with counsel Barry Blackard.  The government appeared by Todd Shellenbarger, Assistant United States Attorney. The United States Probation and Parole Office was represented by Officer Justin Driskill.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1.      The Court advised Defendant Levels of his rights and provided him with a copy of the petition.  Defendant Levels waived his right to a preliminary hearing.

2.      After being placed under oath, Defendant Levels admitted violation #1 as it pertained to Defendant driving while intoxicated (Docket No. 45).   The government stated it would not go forward with respect to the remaining portion of violation #1 and all of violation #2.

3.      The allegation to which Defendant admitted, as fully set forth in the petition, are:

| | Violation Number | Nature of Noncompliance |
|---|---|---|
| | 1 | "You must not commit another federal, state or local crime." <br><br> On July 7, 2021, new criminal charges were filed in the Vanderburgh County Superior Court cause number 82D02-2107-F4-003600 charging the offender with Count II: Operating a Vehicle w/Alcohol Concentration Equivalent to .15 or More, a Class A Misdemeanor. |
| | | |

4. The parties stipulated that:

 (a) The highest grade of violation is a Grade C violation.

 (b) Defendant's criminal history category is III.

 (c) The advisory range of imprisonment applicable upon revocation of supervised release, therefore, is 5-11 months' imprisonment.

 The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he be sentenced to custody of the Attorney General or his designee for a period of eight (8) months. Defendant to recommence supervised release upon release from imprisonment for a period of twenty-four (24) months.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.  The parties have fourteen days after being served a copy of this Report and Recommendation to serve and file written objections with the District Judge.

Dated:  August 17, 2021

Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana


Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal