UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 3:18-cr-00012-RLY-MPB |
| MEKO D. LEVELS, JR., | ) ) | -01 |
| Defendant. | ) ) | |

**REPORT AND RECOMMENDATION**

On August 3, 2022, the Court held an Initial Appearance hearing on the Petition for Warrant for Violation of Supervised Release, filed on June 22, 2022. (Dkt. No. 62). Defendant Levels appeared in person with appointed counsel Barry Blackard. The government appeared by Todd Shellenbarger, Assistant United States Attorney. The United States Probation and Parole Office appeared by Officer Justin Driskill.

This matter was referred to the Magistrate Judge to conduct a hearing and make a report and recommendation as to the disposition. (Dkt. No. 67). The defendant was advised that the District Judge is not bound to accept the Report and Recommendation.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

    1.    The Court advised Defendant Levels of his rights and provided him with a copy of the petition.

    2.    Defendant orally waived his right to a preliminary hearing.

    3.    After being placed under oath, Defendant admitted violations No. 3 and 4 (Dkt. No. 62). The Government elects not to proceed with alleged violations No. 1 and 2.

4. The allegations to which Defendant admitted, as fully set forth in the petition, are:

| | Violation Number | Nature of Noncompliance |
|---|---|---|
| | 3 | "You shall not knowingly leave the federal judicial district where you are being supervised without the permission of the supervising court/probation officer."<br><br>On June 20, 2022, Mr. Levels was arrested in Daviess County, KY and did not request prior permission to be there. |
| | 2 | "You shall maintain lawful full time employment, unless excused by the probation officer for schooling, vocational training, or other reasons that prevent lawful employment."<br><br>With the exception of a few days, Mr. Levels has been unemployed for the entirety of his supervised release. |

5. The parties stipulated that:

    (a) The highest grade of violation is a Grade **C** violation.

    (b) Defendant's criminal history category is **III**.

    (c) The advisory range of imprisonment applicable upon revocation of supervised release, therefore, is **5-11** months.

6. The Parties jointly recommend a sentence of eighteen (18) months imprisonment with no further supervision to follow.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he be sentenced to the custody of the Attorney General or his designee for a period of eighteen (18) months with no further supervision upon release.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties have fourteen days after being served a copy of this Report and Recommendation to serve and file written objections with the District Judge.

Dated: August 3, 2022

_____
Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal